Argued May 15, affirmed May 15, petition for rehearing denied
June 7, petition for review denied August 1, 1972

STATE OF OREGON, *Respondent, v.* GEORGE
GREENWOOD (No. C-71-07-2286), *Appellant.*

496 P2d 932

*F. E. Glenn,* Deputy Public Defender, Salem, argued
the cause for appellant. With him on the brief was
Gary D. Babcock, Public Defender, Salem.

*Al J. Laue,* Assistant Attorney General, Salem,
argued the cause for respondent. With him on the brief
were Lee Johnson, Attorney General, and John W.
Osburn, Solicitor General, Salem.

Before LANGTRY, Presiding Judge, and FOLEY and
FORT, Judges.